UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) <br> ) Crim. A. No. 20-112 (RC) |
| ESSENTRA FZE COMPANY LIMITED, | ) <br> ) |
| Defendant. | ) <br> ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the United States' Motion to Dismiss With Prejudice, and for the reasons stated therein, it is hereby:

ORDERED that the Motion to Dismiss With Prejudice is GRANTED and the Information in the above-captioned matter is dismissed with prejudice.

**IT IS SO ORDERED.**

7/25/2023

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

1